UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATHAN WALKER | ) |
|     *Plaintiff* | ) |
| vs. | ) |
| | ) |
| THE UNITED STATES POSTAL SERVICE and JOHN M. TRIVISONNO | ) |
| | ) |
|     *Defendant* | ) |

## COMPLAINT FOR DAMAGES UNDER THE FEDERAL TORT CLAIMS ACT

### PARTIES

Plaintiff, Nathan Walker, by and through his attorney, Anthony Gianfrancesco, Esq., now comes before the Court and complains of the United States Government as follows;

### JURISDICTION

1. Plaintiff is a resident of the City of East Providence, County of Providence, State of Rhode Island.

2. Defendant, John M. Trivisonno (hereinafter Trivisonno"), is, upon information and belief, a resident of the Town of North Providence, Rhode Island.

3. The claims herein are brought against the United States pursuant the Federal Tort Claims Act (28 U.S.C. section 2671, et. seq.) and 28 U.S.C. sections 1346 (b)(1), for money damages as compensation for personal injuries that were caused by the negligent and wrongful acts and omissions of employees of the United States Government while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiff in accordance with the laws of the State of Rhode Island.

4. Venue is proper in that all of the acts and omissions forming the basis of these claims occurred within the District of Rhode Island and arose out of the negligent and wrongful acts by the United States Government and its agents and employees.

5. Plaintiff has fully complied with the provisions of 28 U.S.C. section 2675 of the Federal Tort Claims Act.

6. This suit has been timely filed, in that Plaintiff timely served notice of her claim on the United States Postal Service in July 2020. The United States Postal Service assumed responsibility for processing this claim has failed to act to resolve it despite numerous requests.

### EVENTS FORMING THE BASIS OF THE CLAIM

7. On or about June 4, 2020, the Plaintiff was the owner and operator of a motor vehicle being operated on Angel Street in the City of Providence, Rhode Island.

8. On said date, the Defendant Tivisonno, was operating a motor vehicle with the consent of its owner, the United States Postal Service, also on Angel Street in the City of Providence, Rhode Island.

9. Defendant, Tivisonno, negligently operated his motor vehicle so as to cause it to come into collision with the motor vehicle owned and operated by the Plaintiff.

10. Plaintiff was in the exercise of due care at all times material hereto.

11. As a result of Defendants' negligence, the Plaintiff sustained personal injuries, suffered pain and discomfort of the body, a loss of enjoyment of life, suffered a loss of wages and/or earning capacity, incurred expenses for proper medical care and treatment.

### PRAYER FOR RELIEF

12. Plaintiff restates and incorporates herein paragraphs 1-10 as if set forth fully herein.

13. IN LIGHT OF THE FOREGOING, Plaintiff demands judgment in her favor and against Defendant, the United States.

14. Plaintiff hereby requests that this Honorable Court award Plaintiff all of her damages, whether direct or consequential, plus costs, attorneys fees, prejudgment interest, and any other remedy which this court finds appropriate and just.

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts.

        Respectfully Submitted,

        Plaintiff,
        NATHAN WALKER,
        By His Attorney,
        /s/ *Anthony Gianfrancesco, Esq.*
        Anthony J. Gianfrancesco, Esquire (#2762)
        GIANFRANCESCO, FRIEDEMANN & MICROULIS,
        214 Broadway
        Providence, Rhode Island 02903
        T:  (401) 270-0070
        anthony@gianfrancescolaw.com

DATED: June 20, 2022